IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARY DAWSON; ENVIRONEX, LLC,
        Plaintiffs,
   v.
SOLANO COUNTY; DIRECTOR BIRGITTA CORSELO; TERRY SCHMIDTBAUER; MATT GEISERT; COLBY LAPLACE; MAX CLARK; DAVID PAULSON; CHIEF INVESTIGATOR ALEJANDRO GARZA; KURTIS CALDWELL; CAROL A. BURROUGHS; BOB ARAGON; ED HAGENDORN; DON LYON; MIKE FRANCIS; LAMB RYAN; ROGER CHESSHIRE; IVAN RODRIGUEZ; MIKE CORNWELL; DOTY; BAEZA; CHRIS EUBANKS; DAVID EUBANKS; SAM FUCCHI; DAVID MOJAS; ROBERT MOJAS,
        Defendants.

02:08-cv-02958-GEB-KJM

ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE

       In the status report filed on March 16, 2009, Plaintiffs' counsel states "Plaintiff's counsel" has been unable to communicate with "Plaintiff" and "will be moving to withdraw from this matter" and request that the scheduling conference be continued. Counsel actually represent two Plaintiffs in this action. The status

1

conference scheduled for March 30, 2009 is rescheduled to commence at 9:00 a.m. on April 27, 2009.  A joint status report shall be filed fourteen days before the status conference.

Dated:  March 22, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge