1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   GARY DAWSON;   ENVIRONEX, LLC, )
                                    )      02:08-cv-02958-GEB-KJM
12             Plaintiffs,          )
                                    )      ORDER TO SHOW CAUSE AND
13        v.                        )      CONTINUE STATUS (PRETRIAL
                                    )      SCHEDULING) CONFERENCE;
14   SOLANO COUNTY;   DIRECTOR      )      FED. R. CIV. P. 4(m) NOTICE
     BIRGITTA CORSELO;   TERRY      )
15   SCHMIDTBAUER;   MATT GEISERT;  )
     COLBY LAPLACE;   MAX CLARK;    )
16   DAVID PAULSON;   CHIEF         )
     INVESTIGATOR ALEJANDRO GARZA;  )
17   KURTIS CALDWELL;   CAROL A.    )
     BURROUGHS;   BOB ARAGON;       )
18   ED HAGENDORN;   DON LYON;      )
     MIKE FRANCIS;   LAMB RYAN;     )
19   ROGER CHESSHIRE;   IVAN        )
     RODRIGUEZ;   MIKE CORNWELL;    )
20   DOTY;   BAEZA;   CHRIS EUBANKS; )
     DAVID EUBANKS;   SAM FUCCHI;   )
21   DAVID MOJAS;   ROBERT MOJAS,   )
                                    )
22             Defendants.          )
                                    )
23   _____ )

24        The March 23, 2009, Order Continuing Status (Pretrial

25   Scheduling) Conference ("March 23 Order") scheduled a status

26   conference in this case for April 27, 2009, and required the

27   parties to file a joint status report no later than fourteen days

28   prior to the status conference.  No status report was filed.

                                    1

PDF created with pdfFactory trial version www.pdffactory.com

1         Plaintiff is Ordered to Show Cause ("OSC") in a writing

2 to be filed no later than 4:00 p.m. on April 27, 2009, why

3 sanctions should not be imposed against him and/or his counsel

4 under Rule 16(f) of the Federal Rules of Civil Procedure for

5 failure to file a timely status report.  The written response shall

6 also explain whether Plaintiff and/or his counsel is at fault, and

7 whether a hearing is requested on the OSC.[1]  If a hearing is

8 requested, it will be held on June 1, 2009, at 9:00 a.m., just

9 prior to the status conference, which is rescheduled to that date.

10 A joint status report shall be filed no later than fourteen days

11 prior to the status conference.

12         Further, Plaintiff is **notified under Rule 4(m)** of the

13 Federal Rules of Civil Procedure **that any defendant not served with**

14 **process within the 120 day period prescribed in that Rule will be**

15 **dismissed as a defendant in this action unless Plaintiff provides**

16 **proof of service and/or "shows good cause for the failure" to serve**

17 **within this prescribed period in a filing due no later than 4:00**

18 **p.m. on April 27, 2009.**

19 Dated:  April 24, 2009

20

21 _____
    GARLAND E. BURRELL, JR.
    United States District Judge

22

23

24

_____

25     [1]    "If the fault lies with the attorney, that is where the impact

26 of sanction should be lodged.  If the fault lies with the clients, that is where the impact of the sanction should be lodged." <u>Matter of</u>

27 <u>Sanction of Baker</u>, 744 F.2d 1438, 1442 (10th Cir. 1984), <u>cert.</u> <u>denied</u>, 471 U.S. 1014 (1985).  Sometimes the faults of attorneys, and their

28 consequences, are visited upon clients. <u>In re Hill</u>, 775 F.2d 1385, 1387 (9th Cir. 1985).

PDF created with pdfFactory trial version www.pdffactory.com